**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Stuart Farber

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STUART FARBER. INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | **Case No.:** 13-cv-3518 ABC (AJWx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **ALLIED INTERNATIONAL CREDIT CORP.,** | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///

KAZEROUNI LAW GROUP, APC
2700 North Main Street, Suite 1000
Santa Ana, CA 92705

**NOTICE IS HEREBY GIVEN** that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 5, 2013 for filing a Joint Dismissal.

Dated: August 5, 2013                    Respectfully submitted,


                         KAZEROUNI LAW GROUP, APC


                         By: _____/s/ Matthew M. Loker___
                                MATTHEW M. LOKER, ESQ.
                                ATTORNEY FOR PLAINTIFF


**[ADDITIONAL PLAINTIFF'S COUNSEL]**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

KAZEROUNI LAW GROUP, APC
2700 North Main Street, Suite 1000
Santa Ana, CA 92705