JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STUART FARBER, individually and on behalf of all others similarly situated, | Case No: 2:13-cv-03518-ABC-AJW |
|---|---|
| PLAINTIFF, | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS |
| V. | |
| ALLIED INTERNATIONAL CREDIT CORP., | |
| DEFENDANT. | HON. AUDREY B. COLLINS |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

IT IS SO ORDERED.

Dated: 11/5/13                            _____
                                          HON. AUDREY B. COLLINS
                                          UNITED STATES DISTRICT JUDGE